JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | Case No. CV 08-4177-DOC (OP) |
| Plaintiff, | JUDGMENT |
| vs. | |
| R. MEYERS, et al., | |
| Defendants | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1 | IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED: January 8, 2010

*[signature]*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

*[signature]*
HONORABLE OSWALD PARADA
United States Magistrate Judge